# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia (Richmond)

In re: **Marc Tyson Bates**          Case No. **15-35842-KLP**

### TRANSFER OF CLAIM SERVICING

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee Servicer hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

| | |
|---|---|
| USAA Federal Savings Bank | USAA Federal Savings Bank |
| Name of Transferee Servicer | Name of Transferor Servicer |
| | |
| Name and Address where notices to Transferee Servicer should be sent: | Court Claim # (if known): 12 |
| Nationstar Mortgage LLC | Amount of Claim: $282,463.95 |
| PO Box 619096 | Date Claim Filed: 03/28/16 |
| Dallas, TX 75261 | |
| | |
| Phone: 1-877-343-5602 | Phone: 800-669-0340 ext 6732 |
| Last Four Digits of Acct #: 4732 | Last Four Digits of Acct. #: 4732 |

Name and Address where Transferee Servicer payments should be sent (if different from above):
Nationstar Mortgage
PO Box 619094
Dallas, TX 75261

Phone: 1-877-343-5602
Last Four Digits of Acct #: 4732

By: /s/ Mark D. Meyer          Date: 10/14/2016
Transferee Servicer/Transferee Servicer's Agent