2100B (12/15)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 15-35842-KLP
Chapter 13

In re: Debtor(s) (including Name and Address)

Marc Tyson Bates
10342 Rapidan Court
Ashland VA 23005

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 10/14/2016 (date).

Name and Address of Alleged Transferor:

Claim No. 12: USAA/dovenmuehle, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-0000

Name and Address of Transferee:

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/19/16

William C. Redden
**CLERK OF THE COURT**

```
                         United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                         Case No. 15-35842-KLP
Marc Tyson Bates                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: smithla              Page 1 of 1              Date Rcvd: Oct 17, 2016
                              Form ID: trc               Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
13134742       +USAA/dovenmuehle,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
          Brandon R. Jordan    on behalf of Creditor    PennyMac Loan Services, LLC bjordan@siwpc.com,
           drubin@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;ecfva1@siwp
           c.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com
          Bryan S. Fairman    on behalf of Creditor    PennyMac Loan Services, LLC
           bkecfinbox@aldridgepite.com,    bsf@ecf.inforuptcy.com;bfairman@aldridgepite.com
          Daniel Alan Ross    on behalf of Creditor    USAA FEDERAL SAVINGS BANK danielr@w-legal.com,
           BNCmail@w-legal.com
          John D. Schlotter    on behalf of Creditor    PennyMac Loan Services, LLC
           bkecfinbox@aldridgepite.com,    jschlotter@ecf.inforuptcy.com
          Johnie Rush Muncy    on behalf of Creditor    PennyMac Loan Services, LLC jmuncy@siwpc.com,
           drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siw
           pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com
          Mark David Meyer    on behalf of Creditor    USAA FEDERAL SAVINGS BANK bk@rosenberg-assoc.com
          Mark David Meyer    on behalf of Creditor    Nationstar Mortgage LLC bk@rosenberg-assoc.com
          Nisha Ryan Patel    on behalf of Creditor    PennyMac Loan Services, LLC npatel@siwpc.com,
           jmuncy@siwpc.com;drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siw
           pc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com
          Nupa Agarwal    on behalf of Debtor Marc Tyson Bates agarwaligotnotices@gmail.com,
           nupaagarwal@gmail.com,debbie.nupaagarwal@gmail.com
          Sara A. John    on behalf of Creditor    PennyMac Loan Services, LLC sara_john@eppspc.com
          Suzanne E. Wade    ecfsummary@ch13ricva.com,   trustee@ch13ricva.com
                                                                                             TOTAL: 11
```